FILED

12 DEC 19 PM 3:45

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ___NP___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE CATHY ANN BENCIVENGO)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 11CR0665-H |
| Plaintiff, ) | **JUDGMENT AND ORDER DISMISSING CASE WITH PREJUDICE** |
| v ) | |
| JULIO ORTEGA, ) | |
| Defendant. ) | |

**ORDER**

**IT IS HEREBY ORDERED** that the Information in the above-referenced case now pending as to defendant Julio Ortega, be dismissed, with prejudice. The bond is exonerated and, if held by U.S. Pretrial Services, Defendant's passport is to be released to Defendant.

**IT IS FURTHER ORDERED** that the OSC hearing pending in this matter be dismissed as moot.

**IT IS SO ORDERED.**

DATED: 12/19/12

_____
HONORABLE CATHY ANN BENCIVENGO
UNITED STATES DISTRICT COURT

1